SCANNED at WVCF and Emailed on

_2-21-19_ by _OY_- _2_ pages.
  (date)     (initials)  (num)

**IN THE**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF INDIANA**

**TERRE HAUTE DIVISION**

<div style="border:1px solid red;">

**FILED**

**5:24 pm, Feb 21, 2019**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Laura A. Briggs, Clerk**

</div>

Douglas A. Reaves         )

        Plaintiff,     )

                  )     CAUSE NO. 2:18-cv-00084-JPH-MJD

-v-              )

Officer Richardson et al,    )

### Motion for clarification and to inform the court that Plaintiff believes that a settlement conference would be beneficial

Comes now the Plaintiff Douglas A. Reaves seeking clarification on the court's entry setting pretrial scheduling (Dkt.39); plaintiff is not clear on the order of the scheduling since the new amended complaint was granted to add the Terre Haute Regional Hospital defendants.

1. Plaintiff would ask that the court clarify that the pretrial scheduling Entry (Dkt.39) is still accurate for the following Defendants, **Richardson, Davis and Riggs**.

2. Will there be a new one for the Terre Haute Regional Hospital Defendants?

3. Plaintiff has been having problems with the Defendants responding to his pretrial scheduling request, such as discovery, settlement demand interrogatories; plaintiff understands the TR. R. 37, motion to compel, Plaintiff has not used that tool as of yet; Plaintiff has been sending correspondence to the Defendants, some they respond to other they do not.

4. Plaintiff would ask that the court clarify that the scheduling Entry is still good.

5. Per-this court entry (Dkt.39) each party must notify the court no later then March 11, 2019 if they believe that a settlement hearing would be beneficial. Plaintiff would be in agreement to a settlement hearing, if the Defendants are.

Wherefore Plaintiff would ask that the court clarifies the entry (Dkt.39) setting pretrial scheduling, and except this as Plaintiff's notification to the court that he agrees to settlement conference.

*Douglas A. Reaves*
Plaintiff Pro-se

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to clarification and notification of settlement conference has been served upon opposing defendants Attorney of record to the court by electric service and the court will provide the defendants Attorney of record with a copy.

On this 21 day of February 2019.

*Douglas A. Reaves*
Douglas A. Reaves,
Plaintiff / *Pro-se*
WVCF
DOC# 881987
P.O. Box 1111
Carlisle, In 47838