UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DOUGLAS A. REAVES,         )
                                 )
            Plaintiff,     )
                                 )
            v.           )     No. 2:18-cv-00084-JPH-MJD
                                 )
TERRE HAUTE REGIONAL HOSPITAL,  )
*Et al*                           )
                                 )
          Defendants.   )

## NOTICE REGARDING "OFFICER RICHARDSON"

Defendant, BARBARA RIGGS ("Defendant") by counsel and pursuant to the Court's March 8, 2019 Order Directing Service Information [DN 67], states the following:

1.      On March 8, 2019, the Court ordered that "[c]ounsel for the other Defendants in this action are requested to provide the last known mailing address for Officer Richardson . . .by March 22, 2019 . . . . "  DN 67

2.      Barbara Riggs and undersigned counsel do not know "Officer Richardson" nor do they have any information regarding his or her last known address.

Respectfully submitted,

KATZ KORIN CUNNINGHAM, PC


*/s/ Britney J. McMahan*
Britney J. McMahan, Attorney No. 32066-49
Douglass R. Bitner, Attorney No. 34891-49
KATZ KORIN CUNNINGHAM, PC
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100
Fax (317) 464-1111

Email:  bmcmahan@kkclegal.com
Email:  dbitner@kkclegal.com
*Attorney for Barbara Riggs, RN*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **March 18, 2019**, a copy of the foregoing was filed electronically.

The following parties will be notified electronically:

> Jonathan P. Nagy
> OFFICE OF INDIANA ATTORNEY GENERAL
> Jonathan.nagy@atg.in.gov
>
> Marley G. Hancock
> OFFICE OF INDIANA ATTORNEY GENERAL
> Marley.hancock@atg.in.gov
>
> Alex Beeman
> Ronald A. Mingus
> REMINGER CO., LPA
> abeeman@reminger.com
> rmingus@reminger.com

I hereby certify that a copy of the foregoing was sent via U.S. First Class Mail to the following person(s):

> Douglas A. Reaves (IDOC# 881987)
> **WABASH VALLEY CORRECTIONAL FACILITY**
> Inmate Mail/Parcels
> 6908 S. Old US Hwy 41
> P.O. Box 1111
> CARLISLE, IN 47838
> ***PRO SE***

> */s/ Britney J. McMahan*
> Britney J. McMahan