

# Original

Patient: DOUGLAS REAVES
Medical Record Number: H000461885
Facility: TERRE HAUTE REGIONAL HOSPITAL
Phone Number: 812-232-0021
Address: 3901 SOUTH 7TH STREET
City/State: TERRE HAUTE, IN Zip: 47802

## CERTIFICATION OF MEDICAL RECORDS

To the best of my knowledge, the copied documents, records and other items enclosed are true and correct copies of all original records identified and described in the subpoena duces tecum, patient authorization, or court order made by or at the direction of the custodian of records. The original records were prepared in the ordinary course of the facility's regularly conducted business at or near the time of the act, condition, or event by persons with knowledge of the facts recorded, and the records have been maintained in the ordinary course of the facility's regularly conducted business according to all confidentiality and security requirements of law. This certification is given by the custodian of records instead of the custodian's personal appearance.

We are not aware of any omissions; however, due to the timing of this request it is possible that a portion of the medical record may be incomplete and/or preliminary at this time.

The recipient of these records agrees to maintain their confidentiality and permit further disclosure only as authorized by law.

**Select Only One:**

The complete records consisting of ______ pages.

X The complete records for the time period beginning 6/21/17 and ending 6/21/17 consists of 161 pages.

The copied records consist of ______ pages per your request for specific portions of the medical record.

The copied records consist of ______ pages. They are incomplete in the following:

______________________________

______________________________

## CERTIFICATION OF NO RECORDS

A thorough search of requested information carried out under my direction and control revealed that this facility does not have the records described in the patient authorization or the subpoena duces tecum.

## DECLARATION OF CUSTODIAN OF RECORDS

I, Katie L. Bennett, am the duly authorized Custodian of Records of the above named facility. I am familiar with the mode of preparation of, and have the authority to certify, the facility record. I declare under penalty of perjury under the laws of the State of INDIANA, County of VIGO that the foregoing is true and correct.

Katie L. Bennett
Signature

2/18/19
Date

Subscribed and sworn to me, a notary public in and for said county, this 18th day of February 19.

[signature]
Notary Public
My commission expires: 10-1-26

(Seal)

EXHIBIT
8