UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DOUGLAS A. REAVES, | ) | Case No. 2:18-cv-00084-JPH-MJD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OFFICER RICHARDSON, | ) | |
| OFFICER DAVIS, | ) | |
| BARBARA RIGGS, | ) | |
| OFFICER BREWER, | ) | |
| DONNA ARCHER, | ) | |
| STEFANIE DYAR, | ) | |
| SHERRY SNYDER, | ) | |
| NICOL BROOKS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON THRH NURSES' MOTION FOR EXTENSION OF TIME TO FILE REPLY**

On March 16, 2020, Defendants Donna Archer, Stefanie Dyar, Sherry Snyder, and Whitney Nicole Brooks (referred to as "Nicol Brooks" in the case header) (collectively referred to as "the THRH Nurses"), by and through counsel, filed a motion for extension of time to file a reply in support of their motion for summary judgment.

This Court having reviewed the motion, **GRANTS IN PART and DENIES IN PART** the motion, dkt. [145]. The THRH Nurses shall have through **April 6, 2020,** to file a reply in support of their motion for summary judgment.

SO ORDERED.

Dated:  17 MAR 2020

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Douglas A. Reaves
#881987
Pendleton Correctional Facility
Electronic Service Participant - Court Only

All electronically registered counsel of record via CM/ECF