United States District Court
Southern District of Indiana
Terre Haute Division

Douglas A. Reaves
  Plaintiff

V.

Donna Archer et. al,
  Defendants

Case No. 2:18-cv-00084-JPH-MJD

SCANNED at PENDLETON and Emailed on 4/29/20 by WR - 3 pages.

FILED
1:16 pm, Apr 29, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

## Plaintiff's Objection to Defendants Motion For leave to Amend Answer (Dkt. 156)

Comes Now the Plaintiff Douglas A. Reaves, pro-se with Request to have Defendants Motion For leave to File Amended Answer (Dkt. 156) Denied and states as Follows:

1. State Defendants, Radar, Davis and Brewer through Counsel came to settlement agreement in February 2020 and notified this court of this settlement agreement around that time January 29, 2020 (Dkt. 139).

2. On 3-26-2020 Defendants File Motion For extension of time to File Stipulation of dismissal (Dkt. 148) on 3-30-20 Courts Entry granting state Defendants extension (Dkt. 149), and Grant State Defendants until April 20, 2020 to File stipulation to dismissal.

3. On 4-20-2020 Defendant Donna Archer et al, by Counsel File motion For leave to Amend Answer (Dkt. 156).

1.

4. Defendant Donna Archer has been aware of this settlement agreement between Plaintiff and State Defendants since January 29, 2020 and now three (3) months or close to file motion for leave to Amend Answer.

5. Plaintiff due to the facility being on lockdown is unable to research the Defendants interlineation to assert setoff. Plaintiff is unable to use the Lawlibrary and his lack of experiance is not sure what it is the Defendants are asking for.

6. Plaintiff and Danna Archer's counsel both tried to do the samething as the State Defendants in 2019 on settlement agreement, but could not agree to money amount, so choose not to settle, but there was offers made.

7. Plaintiff believes Defendant Donna Archer had more then enough time to file their motion for leave to Amend Answer and this counsel trying to delay these proceedings and take away from the Issue at hand; Defendant Archer and Plaintiff is waiting on this courts ruling on Defendants summary of Judgment (Dkt. 95-96).

Wherefore Plaintiff would object to the Defendants motion to file Amended Aswer; and Plaintiff is his Amended Complaint (Dkt. 74) made claims against each Defendant for what they done to violate Plaintiff's 8th Amendment rights. Plaintiff request that Defendants motion be Denied for delaying their filing and trying to make all claims against different Defendants the same.

Douglas A. Reaves
Plaintiff pro-se

Certificate of Service

I hereby certify that on this 24th day of April 2020 Plaintiff File objection to Defendants motion to For leave to File Amended Answer, and the court will provide counsel of record a copy through their ec system.

Douglas A. Reaves
Plaintiff Pro-se