United States District Court
Southern District of Indiana
Terre Haute Division

Douglas A. Reaves
   Plaintiff

v.

Donna Archer et.al,
   Defendant

Case No. 2:18-cv-00084-JPH-MJD

Case 2:18-cv-00084-JPH-MJD Document 160 Filed 05/04/20 Page 1 of 3 PageID #: 1955

SCANNED at PENDLETON and Emailed on 5/4/20 by WR - 3 pages.

FILED
2:10 pm, May 04, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

**Plaintiff's Motion For Leave to File Surreply To Defendants Reply in Support of Motion For Leave to Amend Answer by Interlineation to Assert setoff and limited objection to the Stipulation of Dismissal (Dkt. 159)**

Comes now the Plaintiff, Douglas A. Reaves, Pro-se with Motion For Leave to File Surreply to Defendants Reply (Dkt. 159) and states as follows:

1. On April 29, 2020 Plaintiff Filed Motion objection to Defendants Motion For Leave to Amend Answer, (Dkt. 158).

2. On April 29, 2020 Defendant's File Reply, (Dkt. 159).

3. Now Plaintiff Files surreply response to Defendants Reply based on the Fact Defendants had more then enough time to File Reply and Plaintiff will be prejudice by this based on the Fact the Pendleton Correctional Facility is on Lock down do to the Coronavirus Pandemic, and Plaintiff is unable to use the Facility Law library.

4. Defendants Reply (Dkt. 159) Page 1-2, attempt to make the argument that their Reply is timely Filed and that they did not obtain a copy on the settlement agreement until April 20, 2020

-1-

the date the Motion to Amend was Filed.

5. On January 29, 2020 this Court's Entry Vacating Deadlines as to state Defendants, and Directing the Filing of Stipulation; (Dkt.137). This Entry goes on to state that "On January 28, 2020 Defendants Officer Davis, Officer Brewer and Officer Radar Filed a notice informing the Court that they have entered into a tentative settlement with the Plaintiff as to all of the claims presented against the state Defendants". The Clerk of this Court sent Notice to Defendant on January 29, 2020, see (Dkt.137) states: "2:18-cv-00084-JPH-MJD Notice has been electronically mailed to:" then it list all parties of record which encludes, Counsel Alex Maurice Beeman. which is the Defendants Donna Archer's Counsel. Defendants Counsel was informed by this Court and should be Denied the right to File Amended Answer, based on the Fact Counsel did delay this request to File an Amended answer, and Plaintiff would be Prejudice by this based on the Fact the Facility is on lock down and Plaintiff is unable to use the Facility lawlibrary to research what Defendant is asking this Court to grant.

6. Plaintiff Filed his claim against multiple Defendants, Plaintiff made different claims against each Defendant for their part of violating Plaintiff's Eighth Amendment rights. these claims aris out of the same transaction at different locations and different acts by each Defendant, which Plaintiff can raise in the same claim; see Plaintiff's Amended Complaint (Dkt.74).

2.

7. Plaintiff has went as far to file motion with this Court to Dismiss Defendants: Stefanie Dyar, Sherry Snyder and Whitney Nicole Brooks, which this Court grant; Defendants file proposed Order of Partial Dismissal (Dkt.146-1) on March 16, 2020; this case now awaits this court's ruling on Defendants motion for summary Judgment. Defendants motion for leave to Amend Answer should be Denied; or this court should consider renewing Plaintiff's motion to appoint Counsel since Plaintiff will be unable to research counsels motion for leave to file Amended answer.

Wherefore Plaintiff would request that Defendants motion for leave to file Amended Answer be Denied based on the following arguments above.

Douglas A. Reaves<br>
Plaintiff Pro-Se

## Certificate of Service

I, Douglas A. Reaves hereby certify that on this 4th day on May 2020 Plaintiff handed to Facility Counselor Plaintiff's motion for leave to file Surrepy response to Defendants Reply (Dkt.159) to be filed electronically by lawlibary superviser, and that copies will be provided to all parties of record by the courts electronic file system.

Douglas A. Reaves<br>
Plaintiff Pro-Se